## UNITED STATES DISTRICT COURT      EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ROGELIO LOPEZ, #18239-078 | § |
| | § |
| *versus* | §   CIVIL ACTION NO. 4:18CV252 |
| | §   CRIMINAL ACTION NO. 4:10CR220(5) |
| UNITED STATES OF AMERICA | § |

**ORDER OF DISMISSAL**

The above-entitled and numbered civil action was referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation concluding that Petitioner's Writ of *Audita Querela* should be dismissed with prejudice. Petitioner filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Petitioner to the Report, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Petitioner's Writ of *Audita Querela* (#1) is **DISMISSED** with prejudice. All motions by either party not previously ruled upon are **DENIED**.

**Signed this date**
Aug 14, 2019

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE